UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL McFARLAND, et al.,

        Plaintiff,        Case No. 06-12476

v.        District Judge Sean F. Cox

        Magistrate Judge R. Steven Whalen

CENTURY TRUSS COMPANY,
a Michigan Corporation,

        Defendant.
_____/

## **ORDER DISMISSING MOTION**

Upon receiving a written request by Defendant withdrawing the Motion for Protective Order (filed 6/01/07) [docket # 19] and the same having been filed with the Court on August 1, 2007, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Defendant's Motion for Protective [#19] is hereby dismissed without prejudice.

        s/R. Steven Whalen
        R. STEVEN WHALEN
        UNITED STATES MAGISTRATE JUDGE

Dated: August 3, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the

attorneys and/or parties of record by electronic means or U.S. Mail on August 3, 2007.

                                                       s/Gina Wilson
                                                       Judicial Assistant